IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GLORIOUS P. ECHOLS,

   Plaintiff,

     v.                          CIVIL ACTION FILE
                                 NO. 1:10-CV-122-TWT

MICHAEL J. ASTRUE
Commissioner of Social Security,

   Defendant.

## ORDER

This is an action seeking review of a decision by the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 16] of the Magistrate Judge recommending reversing the Commissioner's decision under sentence 4 of 42 U.S.C. § 405(g). I approve and adopt the Report and Recommendation as the judgment of the Court. The Commissioner's decision is reversed and the case is remanded for the ALJ to consider the effect of Dr. Martin's retroactive opinion upon the Plaintiff's residual functional capacity.

SO ORDERED, this 16 day of March, 2011.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge